AARON ERICKSON et al., Respondents, *v.* MARY A. QUINN, Appellant.

(Argued December 17, 1872; decided December 24, 1872.)

THIS was a motion in the case next preceding to set aside and vacate the judgment of this court in the action (46 N. Y., 410), upon the ground that, during the pendency thereof, plaintiff had sold the property in controversy, and became the purchaser at sheriff's sale, bidding the full amount of their judgment, and thus satisfying it.  *Held*, that, whether plaintiff had in fact obtained satisfaction depended upon the validity of the title acquired under the sheriff's deed, and that judgment in this action was necessary to establish that title; that by it the obstacle to their recovery and the cloud upon their title is removed; that the two proceedings were harmonious, and both necessary to give the plaintiffs the relief sought.    Motion therefore denied.

*J. C. Cochrane* for the appellant.

*G. F. Danforth* for the respondents.

ALLEN, J., reads opinion for denial of motion.
All concur, except CHURCH, Ch. J., not voting.
Motion denied.